IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                                                Civil No. 12-911 KBM/ACT

TAURUS, MODEL ULTRA LITE, 38 SPECIAL CALIBER REVOLVER SN:A034605,
LUGER, MODEL CZ, .9MM CALIBER SEMIAUTOMATIC PISTOL SN:AJ334,
SAVAGE, 402 RIFE, NO SERIAL NUMBER,
SPRINGFIELD, MODEL XD, 9MM SEMIAUTOMATIC PISTOL SN:US813444,
MARLIN, MODEL .22 LR, RIFLE SN:03121912,
BROWNING, 12 GAUGE SHOTGUN SN:15725NW51,
SKS, MODEL MODIFIED, 7.62X39 CALIBER RIFLE SN:162777GS,
M1, MODEL CARBINE, .30 CALIBER RIFLE SN:2143112,
ASSORTED AMMUNITION:
    ANY AND ALL AMMUNITION SEIZED FROM EUGENIO SANCHEZ-HERNANDEZ,
    FROM THE 2004 TAHOE AND THE FIREARMS FOUND THEREIN,
    AND ANY AND ALL AMMUNITION SEIZED FROM #53 COUNTY ROAD 64091,
    KIRTLAND, NEW MEXICO,

    *Defendants,*

*and*

EUGENIO SANCHEZ-HERNANDEZ,

    *Claimant.*

### CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the court on the United States' Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, the court having read the motion and being fully advised in the premises, finds that reasonable cause existed for arrest of the Defendant Firearms and Ammunition in this case.

IT IS THEREFORE ORDERED that this Certificate of Reasonable Cause be entered.

                                                                    _____
                                                                    UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted by:

_____

STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys