IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                    Civil No. 12-911 KBM/ACT

TAURUS, MODEL ULTRA LITE, 38 SPECIAL CALIBER REVOLVER SN:A034605,
LUGER, MODEL CZ, .9MM CALIBER SEMIAUTOMATIC PISTOL SN:AJ334,
SAVAGE, 402 RIFE, NO SERIAL NUMBER,
SPRINGFIELD, MODEL XD, 9MM SEMIAUTOMATIC PISTOL SN:US813444,
MARLIN, MODEL .22 LR, RIFLE SN:03121912,
BROWNING, 12 GAUGE SHOTGUN SN:15725NW51,
SKS, MODEL MODIFIED, 7.62X39 CALIBER RIFLE SN:162777GS,
M1, MODEL CARBINE, .30 CALIBER RIFLE SN:2143112,
ASSORTED AMMUNITION:
    ANY AND ALL AMMUNITION SEIZED FROM EUGENIO SANCHEZ-HERNANDEZ,
    FROM THE 2004 TAHOE AND THE FIREARMS FOUND THEREIN,
    AND ANY AND ALL AMMUNITION SEIZED FROM #53 COUNTY ROAD 64091,
    KIRTLAND, NEW MEXICO,

    *Defendants,*

*and*

EUGENIO SANCHEZ-HERNANDEZ,

    *Claimant.*

### DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter having come before the court on the United States' Motion for Default Judgment (Doc. 9) pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

    1.    The statements contained in the Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

    Eugenio Sanchez-Hernandez and all unknown claimants are in Default.   It is therefore

ORDERED that all right, title and interest in the Defendant Firearms and Ammunition:

    TAURUS, MODEL ULTRA LITE, 38 SPECIAL CALIBER REVOLVER SN:A034605,
    LUGER, MODEL CZ, .9MM CALIBER SEMIAUTOMATIC PISTOL SN:AJ334,
    SAVAGE, 402 RIFE, NO SERIAL NUMBER,
    SPRINGFIELD, MODEL XD, 9MM SEMIAUTOMATIC PISTOL SN:US813444,
    MARLIN, MODEL .22 LR, RIFLE SN:03121912,
    BROWNING, 12 GAUGE SHOTGUN SN:15725NW51,
    SKS, MODEL MODIFIED, 7.62X39 CALIBER RIFLE SN:162777GS,
    M1, MODEL CARBINE, .30 CALIBER RIFLE SN:2143112,
    ASSORTED AMMUNITION:
        ANY AND ALL AMMUNITION SEIZED FROM EUGENIO SANCHEZ-HERNANDEZ,
        FROM THE 2004 TAHOE AND THE FIREARMS FOUND THEREIN,
        AND ANY AND ALL AMMUNITION SEIZED FROM #53 COUNTY ROAD 64091,
        KIRTLAND, NEW MEXICO

are forfeited to the United States and title thereto is vested in the United States.

                                            */s/ Karen B. Molzen*
                                            UNITED STATES CHIEF MAGISTRATE
JUDGE

Submitted by:

Electronically submitted 12/27/12
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys

\#
\#
\#